UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

IN RE:

JONATHAN O. MOSTROM,
JOHNNIE K. MOSTROM,                                                Case No. 14-10970

    **Debtors.**

**ORDER APPROVING SALE OF SILVER COINS**

WHEREAS, the Trustee having filed a Motion to Approve Sale of Silver Coins;

IT IS HEREBY FOUND AND ORDERED AS FOLLOWS:

1. Due and appropriate notice of this motion has been given to the parties;

2. It is in the best interests of the efficient and economical administration of the bankruptcy estate for the Trustee to sell 500 1-ounce silver coins minted in 2013 (the "Coins").

3. Accordingly, the Trustee's Motion is hereby approved.

{E0459743.DOC/1}

4. The Coins shall be sold to General Gun and Coin Exchange for a total of $10,340. As noted in the Motion, this sale is contingent on the spot silver price per ounce not falling below $19.20 as of the closing date. The $10,340 shall be paid to the Trustee within 10 after the Court enters this Order.

5. The Trustee is authorized to execute any and all documents necessary to effectuate the sale of the Coins and to transfer title to the purchaser.

6. The sale of the Coins shall be free and clear of all liens, claims, and encumbrances pursuant to 11 U.S.C. §363(f) with all liens attaching to the sale proceeds.

# # #

{E0459743.DOC/1}